IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    vs.<br><br>MIKAYLA R. GUEL,<br><br>           Defendant. | 8:25CR234<br><br>INDICTMENT<br>21 U.S.C. § 844(a) |

The Grand Jury charges that:

<u>COUNT I</u>

On or about January 8, 2025, in the District of Nebraska, the defendant, MIKAYLA R. GUEL knowingly and intentionally possessed a detectable amount of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 844(a).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____
MATT E. LIERMAN
Assistant U.S. Attorney

1